IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF CALIFORNIA, et al.,

    Plaintiffs-Appellees,

v.

XAVIER BECERRA, Secretary of Health and Human Services, et al.,

    Defendants-Appellants.

No. 20-16802

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants hereby move to voluntarily dismiss this appeal, with each party bearing its own costs. Counsel for plaintiffs have authorized us to state that this motion is unopposed.

    Respectfully submitted,

    ALISA B. KLEIN
    (202) 514-1597

    **/s/ Amanda L. Mundell**
    Amanda L. Mundell
    (202) 514-3469
      Attorneys, Appellate Staff
      Civil Division
      U.S. Department of Justice
      950 Pennsylvania Ave., N.W.
      Room 7236
      Washington, D.C. 20530

SEPTEMBER 2021

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 45 words.

/s/ Amanda L. Mundell
AMANDA L. MUNDELL

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Amanda L. Mundell
AMANDA L. MUNDELL
